FILED

Apr 16 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ s/ A Cortez _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

JONATHAN BODINE BONYHARD,

                    Defendant.

Case No. '25 CR1227 LL

**NOTICE OF RELATED CASE**

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jonathan Bodine Bonyhard</u>, Case No. 25CR0984-BTM, pursuant to Local Rule 57.2.1, Related Cases.  The United States Attorney certifies the cases are related for the following reason(s):

   X      (1)   All of the defendants named in each of the cases are the same and none of the cases include defendants not named in any of the other cases.

           (2)   Defendant is currently on probation/supervised release.

           (3)   Defendant is charged with escape.

DATED: April 16, 2025.

_____ for
ADAM GORDON
United States Attorney