Rev. 5/14

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

USA v. Bonyhard                                          No. 25cr1227

The Court finds excludable delay, under the section indicated by check (√ ),

commenced on _____5/5/25_____ and ended on 6/26/25

3161(h)
___ (1)(A) Exam or hrg for **mental or physical incapacity**

___ (1)(B) State or Federal trials or **other charges pending**

___ (1)(C) **Interlocutory appeals**

_X_ (1)(D) **Pretrial motions** (from flg to hrg or other prompt dispo)

___ (1)(E) **Transfers from other district** (per FRCrP 20, 21 & 40)

___ (1)(H) **Proceedings under advisement** not to exceed thirty days

___         Misc proc:  Parole or prob rev, deportation, **extradition**

___ (1)(F) **Transportation** from another district or to/from examination or
            hospitalization in ten days or less

___ (1)(G) Consideration by Court of **proposed plea agreement**

___ (2)     **Prosecution deferred** by mutual agreement

___ (3)(A)&(B) **Unavailability of defendant** or **essential witness**

___ (4)     Period of **mental or physical incompetence** of defendant to stand trial

___ (5)     **Superseding indictment and/or new charges**

___ (6)     **Defendant awaiting trial of co-defendant**, no severance has been granted

___ (7)(A)&(B) **Continuance**s granted per (h)(7)-use "T" alone if more than one of the
            reasons below are given in support of continuance

___ (7)(B)(i)   1) Failure to grant a **continuance** in the proceeding would result in a
                a **miscarriage of justice.**

___ (7)(B)(ii)  2) **Case** unusual or **complex**

___ (7)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days

___ (7)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,
                or give reasonable time to prepare **(Continuance re counsel)**

___ 3161(8)(i)  Time up to **withdrawal of guilty plea**

___ 18:3161(b)  **Grand jury indictment time extended** thirty (30) more days

| | |
|---|---|
| A | |
| C | |
| D | |
| E | |
| F | |
| G | |
| H | |
| J | |
| K | |
| I | |
| M | |
| N | |
| P | |
| R | |
| T | |
| T1 | |
| T2 | |
| T3 | |
| T4 | |
| U | |
| W | |

Date: _____5/5/25_____                    Judge's Initials: _BTM_