**JAMIE ELIZABETH SCHMID**
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
California Bar No. 339135

Attorneys for Mr. Bonyhard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Jonathan Bodine Bonyhard,<br><br>    Defendant. | CASE NO.:   25-CR-01227-BTM<br><br>Hon. Barry Ted Moskowitz<br>Date: June 26, 2025<br>Time: 1:30 p.m.<br><br>**MR. BONYHARD'S DECLARATION IN SUPPORT OF HIS MOTION TO SUPPRESS STATEMENTS** |

## DECLARATION OF JONATHAN BODINE BONYHARD

I, Jonathan Bodine Bonyhard, declare under the penalty of perjury:

1. My name is Jonathan Bodine Bonyhard.

2. Around 2:36 a.m., I was taken out of my car, handcuffed, and walked into the detainee processing area at the San Ysidro Border Crossing.

3. In that processing area, I was searched and patted down by Customs and Border Protection officers. My cell phone, watch and the contents of my pockets and wallet were seized and inventoried.

4. At that time, I asked the officers if I could call my attorney, but they advised me that I would not be permitted to make any telephone calls at that time.

5. I was then led by officers into an area in the center of the room with metal benches, where I was placed in an ankle cuff attached by a chain to the bench. In this area, there were other officers behind a desk. I repeated my request to call my attorney to these officers. One of the officers behind the

1                                                           25-CR-01227-BTM

desk advised me that I would be provided with an attorney and that I was not permitted to make phone calls.

6. About two hours later, an officer came to the bench area where I was shackled and advised me that I was officially under arrest. At that time, I repeated my request to contact my legal counsel, but the officer did not respond and walked away. I knew that I was going to be interrogated soon and that is why I asked for counsel.

7. I fell asleep shackled to the bench for some time. I am uncertain for how long, due to the absence of any visible clock in the detention area.

8. I woke up to two officers unshackling me and escorting me to an interview room. I was extremely disoriented.

9. When the officers read me my rights, I was confused because I had already asked for an attorney multiple times by that point and I didn't think the government would give me an attorney.

10. During the interrogation, the officer told me that he wasn't going to provide the information I told him to anybody and that what I told him wasn't going anywhere. I took that to mean what I told him wouldn't leave the room and would stay between us.

Respectfully submitted,

Dated:  May 23, 2025                              *s/ Jonathan Bodine Bonyhard*

2                                        25-CR-01227-BTM

DECLARATION IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS