**JAMIE E. SCHMID**
California State Bar No. 339135
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Jamie_Schmid@fd.org

Attorneys for Defendant
Mr. Bonyhard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  25CR1227-BTM |
| Plaintiff, | Hon. Barry T. Moskowitz |
| v. | NOTICE OF LODGING |
| JONATHAN BODINE BONYHARD, | |
| Defendant. | |

Mr. Jonathan Bodine Bonyhard, the accused in this case, by and through his attorneys, Jamie E. Schmid and Federal Defenders of San Diego, Inc., provides notice that he will lodge with the Court a copy of a DVD containing Media Exhibits B-C  in support of motion to suppress statement filed on May 23, 2025.

Respectfully submitted,

Dated: May 23, 2025          *s/ Jamie Schmid*
**JAMIE E. SCHMID**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Bonyhard

# US v. BONYHARD 25CR1227-BTM

# MEDIA EXHIBITS B-C: (DVD)

# (Copy will be provided to

# Chambers)