**JAMIE ELIZABETH SCHMID**
California State Bar No. 339135
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Jonathan Bodine Bonyhard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   25-CR-1227-BTM |
|---|---|
| Plaintiff, | Hon. Barry Ted Moskowitz |
| v. | *Evidentiary Hearing*<br>Date: June 26, 2025<br>Time: 1:30 p.m. |
| JONATHAN BODINE BONYHARD, | |
| Defendant. | **MR. BONYHARD'S SUPPLEMENTAL MOTION TO SUPPRESS STATEMENTS** |

Mr. Bonyhard respectfully submits this supplemental motion to suppress his statements with an amended declaration attached as *Exhibit D*. On May 23, 2025, Mr. Bonyhard filed this motion to suppress his statements. On June 2, 2025, Mr. Bonyhard received additional video discovery from the government not previously disclosed to defense counsel. The discovery included a video from the security counter where Mr. Bonyhard was patted down and asked intake questions, and multiple videos from the security office where Mr. Bonyhard waited on a metal bench.

Upon reviewing these newly disclosed videos with Counsel, Mr. Bonyhard is filing this amended declaration to correct his previous declaration filed as *Exhibit A* to his original motion. This amended declaration is attached to this motion as *Exhibit D*.

Respectfully submitted,

Dated: June 12, 2025          *s/ Jamie E. Schmid*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Jamie_Schmid@fd.org