# EXHIBIT D

**JAMIE ELIZABETH SCHMID**
California Bar No. 339135
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666

Attorneys for Mr. Bonyhard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   25-CR-1227-BTM |
| Plaintiff, | Hon. Barry Ted Moskowitz |
| v. | *Evidentiary Hearing*<br>Date: June 26, 2025<br>Time: 1:30 p.m. |
| JONATHAN BODINE BONYHARD, | **MR. BONYHARD'S AMENDED** |
| Defendant. | **DECLARATION IN SUPPORT OF HIS MOTION TO SUPPRESS STATEMENTS** |

### AMENDED DECLARATION OF JONATHAN BODINE BONYHARD

I, Jonathan Bodine Bonyhard, declare under the penalty of perjury:

1. My name is Jonathan Bodine Bonyhard.

2. On June 10, 2025, I reviewed the new discovery disclosed to my attorney.

3. Upon watching the video of my pat down at the security counter, I realized that I was mistaken and I did not ask for an attorney at that moment.

4. However, I remember that I still asked for an attorney three other times. I just misremembered the first time.

5. I believe the first time I asked for an attorney may have been when I was removed from the car.

6. The other time was when I was placed in the security office and ankle cuffed to a metal bench. As I mentioned in my original declaration, in this area there

1                          25-CR-01227-BTM

were other officers stationed behind a desk. From my bench, I asked the officer behind the desk if I could call my attorney. One of the officers behind the desk advised me that I would be provided with an attorney and that I was not permitted to make phone calls.

7. The third time was about two hours later, an officer came to the bench area where I was shackled and advised me that I was officially under arrest. I knew that I was going to be interrogated soon and that is why I asked for counsel. At that time, I repeated my request to contact my legal counsel, but the officer did not respond and walked away.

8. I fell asleep shackled to the bench for some time. I am uncertain for how long, due to the absence of any visible clock in the detention area.

9. I woke up to two officers unshackling me and escorting me to an interview room. I was extremely disoriented.

10. When the officers read me my rights, I was confused because I had already asked for an attorney multiple times by that point and I didn't think the government would give me an attorney.

11. During the interrogation, the officer told me that he wasn't going to provide the information I told him to anybody and that what I told him wasn't going anywhere. I took that to mean what I told him wouldn't leave the room and would stay between us.

Dated: 6/12/25                                    s/ Jonathan Bodine Bonyhard

2                                    25-CR-01227-BTM

DECLARATION IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS