# EXHIBIT 4



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/11/2025 18:21 EDT                                                      Page 1 of 3

**CASE NUMBER**
SY13WE25SY0092

**CASE OPENED**
2/26/2025

**CURRENT CASE TITLE**
Jonathan Bodine BONYHARD

**REPORT TITLE**
BONYHARD's Interactions with
CBPOs on February 26, 2025

**REPORTED BY**
Ian MacLean
SPECIAL AGENT

**APPROVED BY**
Sonia Tapia
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
6/11/2025

## SYNOPSIS

On February 26, 2025, at approximately 2:36 AM, Jonathan Bodine BONYHARD ("BONYHARD"), a United States citizen, entered the United States from Mexico at the San Ysidro, California Port of Entry. BONYHARD was the driver and sole occupant of a gray 2019 Honda Civic bearing California license plate CA 8NNM193. Subsequent search of the vehicle resulted in the discovery of 109 packages, containing approximately 69.92 kilograms (154.1 lbs.) of a white crunchy substance. A sample of one of the packages field tested positive for a characteristics of methamphetamine.

BONYHARD was arrested and charged for violation of Title 21 USC 952/960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center (MCC), for custody and judicial proceedings.

This report documents the interactions that BONYHARD had with Customs and Border Protection Officers on February 26, 2025.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jonathan Bodine BONYHARD | SY13WE25SY0092-009 | 6/11/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

0623



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On May 30, 2025, at approximately 2:00 PM, Homeland Security Investigations (HSI) Special Agents (SAs) Ian MacLean and Johnson Pham interviewed Customs and Border Protection Officer (CBPO) Joy Rosario Rodriguez at the San Ysidro, California Port of Entry (POE) regarding his interaction with Jonathan Bodine BONYHARD ("BONYHARD") on February 26, 2025. CBPO Rosario Rodriguez was listed as the witness to a search on the Appendix D Form. CBPO Rosario Rodriguez stated that he remembered BONYHARD. CBPO Rosario Rodriguez stated he helped walk BONYHARD into the Security Office from the vehicle lanes. CBPO Rosario Rodriguez said he helped escort BONYHARD to a bench in the Security Office following the completion of a pat down. CBPO Rosario Rodriguez stated he had no verbal interaction with BONYHARD and BONYHARD did not request to speak to an attorney within his presence.

On June 2, 2025, at approximately 6:31 AM, SA MacLean spoke to CBPO Edward Boyle via telephone regarding his interaction with BONYHARD on February 26, 2025. CBPO Boyle was the Seizing Officer for this incident on February 26, 2025. CBPO Boyle said he remembered this case. CBPO Boyle stated he does not recall BONYHARD requesting to speak to an attorney in front of him at any point. For more information regarding CBPO Boyle's account of the smuggling event on February 26, 2025, see his officer report in the case file.

On June 3, 2025, at approximately 6:16 AM, SA MacLean spoke to CBPO Matthew Hillard via telephone regarding his interaction with BONYHARD on February 26, 2025. CBPO Hillard was assigned to the Security Office on the morning of February 26, 2025. CBPO Hillard stated he did not recognize or remember any interaction with BONYHARD. CBPO Hillard said when a subject comes into the Security Office, they are told to wait to talk to the responding HSI agent. CBPO Hillard stated he did not remember the subject requesting to speak to an attorney at any point.

On June 4, 2025, at approximately 5:18 AM, SA MacLean spoke to Supervisory Customs and Border Protection Officer (SCBPO) Justin Lott via telephone regarding his interaction with BONYHARD on February 26, 2025. SCBPO Lott stated he remembered BONYHARD's name and nothing else about him. SCBPO Lott said he supervised the pat down to ensure CBPOs conducted it correctly and safely. SCBPO Lott stated he did not interact or speak with BONYHARD. SCBPO Lott stated BONYHARD did not ask to speak with an attorney at any point that he is aware of.

*Agent's Note: SA MacLean contacted SCBPO Lott via email on June 3, 2025, to arrange a date and time to discuss this case in person or via phone. SCBPO Lott responded to that email at approximately 10:30 PM on June 3, 2025, stating he only remembered BONYHARD by his last name. SCBPO Lott wrote that he witnessed the pat down and that he had no other interaction with BONYHARD. This email exchange has been maintained in the case file.*

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jonathan Bodine BONYHARD | SY13WE25SY0092-009 | 6/11/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

0624



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

On June 4, 2025, at approximately 6:00 AM, SA MacLean spoke with CBPO Veronica Botello Sanchez at the San Ysidro POE regarding her interaction with BONYHARD on February 26, 2025. CBPO Botello Sanchez was assigned to the Security Office on the morning of February 26, 2025, and is listed as the IAFIS Officer on the Appendix D Form. CBPO Botello Sanchez stated she does not remember any interaction with BONYHARD other than being listed as the IAFIS Officer, which only required taking BONYHARD's fingerprints. CBPO Botello Sanchez said she does not remember if BONYHARD requested to speak to an attorney in her presence.

On June 4, 2025, at approximately 6:30 AM, SA MacLean spoke with CBPO Richard Virden at the San Ysidro Port of Entry regarding his interaction with BONYHARD on February 26, 2025. CBPO Virden was working as a member of the Anti Terrorism Contraband Enforcement Team (ATCET) and responded to this incident in the vehicle lanes on February 26, 2025. CBPO Virden is also listed as the Search Officer on the Appendix D Form. CBPO Virden stated he remembered the incident, but not BONYHARD's facial characteristics. CBPO Virden said BONYHARD did not ask him to speak to an attorney and does not remember BONYHARD requesting to speak to an attorney in his presence at any point. CBPO Virden stated he does not remember BONYHARD saying anything to him, even when he secured BONYHARD with handcuffs in the vehicle lane. CBPO Virden said he escorted BONYHARD into the Security Office from the vehicle lane and then completed the pat down search. CBPO Virden stated after completing the pat down, he would have escorted BONYHARD to have his fingerprints taken, or to a bench if the CBPO taking fingerprints was not ready at that time. For more information regarding CBPO Virden's account of the smuggling event on February 26, 2025, see his officer report in the case file.

On June 10, 2025, at approximately 9:26 AM, SA MacLean spoke with CBPO Adam Vasquez via telephone regarding his interaction with BONYHARD on February 26, 2025. CBPO Vasquez is listed as the officer completing the Appendix D Form on February 26, 2025. CBPO Vasquez stated he remembered BONYHARD, but does not remember any interaction with him outside of the questioning for the Appendix D. CBPO Vasquez stated he does not remember if BONYHARD asked to speak to an attorney at any point within his presence. CBPO Vasquez stated he remembered BONYHAD answering all the Appendix D questions without any issues.

Future leads to be determined by DSAC   San Ysidro.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jonathan Bodine BONYHARD | SY13WE25SY0092-009 | 6/11/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

0625